926

No. 83–1325.   AIR LINE PILOTS ASSN., INTERNATIONAL *v.* THURSTON ET AL.   C. A. 2d Cir.   Certiorari granted, case consolidated with No. 83–997, *Trans World Airlines, Inc.* v. *Thurston* [certiorari granted, 465 U. S. 1065], and a total of one hour allotted for oral argument.

No. 83–1045.   UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* PROVENZANO.   C. A. 3d Cir.; and

No. 83–5878.   SHAPIRO ET AL. *v.* DRUG ENFORCEMENT ADMINISTRATION.   C. A. 7th Cir.   Motion of petitioners in No. 83–5878 for leave to proceed *in forma pauperis* granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: No. 83–1045, 717 F. 2d 799; No. 83–5878, 721 F. 2d 215.

No. 83–6061.   GARCIA ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1909.   NATIONAL LABOR RELATIONS BOARD *v.* SCOOBA MANUFACTURING CO.   C. A. 5th Cir.   Certiorari denied.

No. 83–395.   DENBERG ET AL. *v.* UNITED STATES RAILROAD RETIREMENT BOARD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–412.   ROESCH, INC., ET AL. *v.* STAR COOLER CORP. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–610.   BABBITT FORD, INC. *v.* NAVAJO INDIAN TRIBE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–804.   BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, ET AL. *v.* JAFFREE ET AL.   C. A. 11th Cir. Certiorari denied.

No. 83–915.   BROOKINS ET AL. *v.* SOUTH BEND COMMUNITY SCHOOL CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.